## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                   **CASE NO: 6:14-cr-82-Orl-18TBS**

**JASON FERRARI**

_____

### ACCEPTANCE OF PLEA OF GUILTY AND
### ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, there

being no timely objection, the plea of guilty of the Defendant to Count FOUR of the Indictment is

now accepted and the Defendant is ADJUDGED GUILTY of such offense.  A sentencing hearing

has been scheduled and will be conducted pursuant to separate notice.

**DONE AND ORDERED** at Orlando, Florida, this _____ day of July, 2014.

_____
G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant